02-11-277-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00277-CV 

 

 


 
 
 In re TOBY BOWEN
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and motion for
emergency stay and is of the opinion that relief should be denied. 
Accordingly, relator’s petition for writ of mandamus and motion for emergency stay
are denied.

PER CURIAM

 

PANEL: 
MEIER, DAUPHINOT, and GARDNER, JJ.

 

DELIVERED: 
August 4, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).